ler, Houston, Tex., Hall, Raggio & Farrar, Lake Charles, La., Eikel & Goller, Houston, Tex., for appellee.

Before RIVES and WISDOM, Circuit Judges, and CONNALLY, District Judge.

PER CURIAM:

We adopt as the opinion of this Court the well reasoned opinion of the district court. Smith v. Brown & Root Marine Operators, Inc., W.D.La.1965, 243 F. Supp. 130.

We hold that the district judge was not clearly erroneous in finding Brown & Root's employees free of negligence.

Affirmed.

Before STALEY, Chief Judge, and BIGGS and HASTIE, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

Appellants, intervenors in this mortgage foreclosure proceeding, sought an order to show cause why the mortgages should not be reinstated according to an alleged contract they had made with the Federal Housing Administration, mortgagee. We have carefully examined the record in these cases. We agree with the careful findings and comprehensive opinion of the district court, 257 F.Supp. 177 (D.N.J.1966), which concluded that no contract was entered into between the parties.

The judgment of the district court will be affirmed.

**UNITED STATES of America**

v.

**PARK SIDE COURT, INC., Roy E. Anderson and Joy Bright Ofstie, Appellants.**

**UNITED STATES of America**

v.

**SEAWYN COURT, INC., Roy E. Anderson and Joy Bright Ofstie, Appellants.**

**Nos. 16356, 16357.**

United States Court of Appeals
Third Circuit.

Argued May 5, 1967.

Decided May 23, 1967.

W. Louis Bossle, Camden, N. J., for appellants in both cases.

Donald G. Targan, Asst. U. S. Atty., Camden, N. J. (David M. Satz, Jr., U. S. Atty., Newark, N. J., on the brief), for appellee in both cases.

**Harold WAPNICK, Appellant,**

v.

**Richard CHAPPELL, Appellee.**

**No. 451, Docket 31168.**

United States Court of Appeals
Second Circuit.

Argued May 8, 1967.

Decided May 10, 1967.

Harold Wapnick, pro se.

Ronald Gene Wohl, Asst. U. S. Atty., Eastern District of New York (Joseph P. Hoey, U. S. Atty., Eastern District,